| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, John G. | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>One First Street, NE<br>Washington, DC 20543 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/17/2013 | New England School of Law | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New England School of Law | 06/30-07/11/2013 | Prague, The Czech Republic | Taught course on The U.S. Supreme Court - Historical Perspective | Air transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| [ ] | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Time Warner | C | Dividend | N | T | | | | | |
| 2.   Hewlett-Packard (Common) | A | Dividend | K | T | | | | | |
| 3.   Hillenbrand (Common) | A | Dividend | J | T | | | | | |
| 4.   Hill-Rom Holdings, Inc. | A | Dividend | J | T | | | | | |
| 5.   Microsoft (Common) | D | Dividend | N | T | | | | | |
| 6.   Nokia (Common) | | None | J | T | | | | | |
| 7.   Lam Research, See Part VIII | | None | K | T | | | | | |
| 8.   Texas Instruments (Common) | C | Dividend | M | T | | | | | |
| 9.   TMO (Common) | A | Dividend | M | T | | | | | |
| 10.   Sirius XM Radio (Common) | | None | M | T | | | | | |
| 11.   Washington REIT | A | Dividend | | | Sold | 06/21/13 | J | B | |
| 12.   Am Cent Gr Fund | C | Dividend | K | T | | | | | |
| 13.   Fidelity Select Energy Fund | | None | | | Sold | 06/21/13 | K | E | |
| 14.   Putnam Multi-Cap Growth Fund | | None | J | T | | | | | |
| 15.   Putnam Voyager Fund | | None | J | T | | | | | |
| 16.   Vanguard Int'l Gr Fund | B | Dividend | L | T | | | | | |
| 17.   Vanguard Sm Cap Index Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. C. Schwab Money Mkt Fund (Y) | | | | | | | | | |
| 19. C. Schwab Muni M. Fund SWXXX | A | Dividend | M | T | | | | | |
| 20. Wells Fargo bank accounts | A | Interest | N | T | | | | | |
| 21. Capital One, Inc. bank account | A | Interest | P1 | T | | | | | |
| 22. 1/8 int. cottage, Knocklong, Co. Limerk., IRE, See Part VIII | A | Rent | K | W | | | | | |
| 23. Utah Educ. Svgs Plan Equity - 10% Int'l, See Part VIII | D | Dividend | N | T | | | | | |
| 24. Utah Educ. Svgs Plan Age-Based Moderate, 13-15 | B | Dividend | M | T | Buy | 01/31/13 | K | | |
| 25. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 26. | | | | | Buy (add'l) | 05/20/13 | K | | |
| 27. | | | | | Buy (add'l) | 09/13/13 | K | | |
| 28. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 29. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 30. Allegis Group Ret. Plan | A | Dividend | L | T | | | | | |
| 31. Time Warner Cable | C | Dividend | M | T | | | | | |
| 32. AOL | | None | K | T | | | | | |
| 33. BlackRock International Opportunities BISIX | | None | | | Sold (part) | 06/21/13 | J | A | |
| 34. | | | | | Sold | 12/03/13 | N | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Vance Income Fund of Boston EIBIX | C | Dividend | L | T | Sold (part) | 06/21/13 | K | A | |
| 36. Eaton Vance Global Macro Absolute Return EIGMX | D | Dividend | M | T | Buy (add'l) | 06/21/13 | J | | |
| 37. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 38. First Eagle Global SGIIX | D | Dividend | M | T | Sold (part) | 06/21/13 | J | A | |
| 39. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 40. Gabelli Equity Income GCIEX | D | Dividend | N | T | Sold (part) | 06/21/13 | K | B | |
| 41. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 42. Gabelli Small Cap Growth GACIX | C | Dividend | M | T | Sold (part) | 06/21/13 | K | C | |
| 43. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 44. Hussman Strategic Growth | B | Dividend | | | Buy (add'l) | 06/21/13 | J | | |
| 45. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 46. | | | | | Sold | 12/03/13 | M | | |
| 47. MFS Bond MBDIX | D | Dividend | M | T | Sold (part) | 06/21/13 | L | | |
| 48. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 49. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 50. Virtus Emerging Markets Opportunities HIEMX | B | Dividend | M | T | Buy (add'l) | 06/21/13 | K | | |
| 51. | | | | | Buy (add'l) | 06/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 53. PIMCO Low Duration INST PTLDX | B | Dividend | M | T | Buy (add'l) | 06/21/13 | J | | |
| 54. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 55. PIMCO Emerging Markets Bond INST PEBIX | D | Dividend | L | T | Sold (part) | 06/21/13 | K | | |
| 56. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 57. PIMCO Real Return INST PRRIX | B | Dividend | L | T | Sold (part) | 06/21/13 | K | | |
| 58. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 59. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 60. RS Global Natural Resources RSNYX | C | Dividend | L | T | Buy (add'l) | 06/21/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 62. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 63. T. Rowe Price Real Estate TRREX | B | Dividend | L | T | Buy (add'l) | 06/21/13 | J | | |
| 64. Royce Value Fund RVVHX, See Part VIII | E | Dividend | N | T | Sold (part) | 06/21/13 | J | A | |
| 65. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 66. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 67. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 68. T. Rowe Price Blue Chip Growth TRBCX | | None | M | T | Sold (part) | 06/21/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 70. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 71. Wells Fargo Inc. Adv. Treas. Plus Mon. Mkt. Fund WTPXX | A | Int./Div. | K | T | Sold (part) | 01/11/13 | J | | |
| 72. | | | | | Sold (part) | 04/12/13 | J | | |
| 73. | | | | | Sold (part) | 04/15/13 | J | | |
| 74. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 75. | | | | | Sold (part) | 07/12/13 | J | | |
| 76. | | | | | Sold (part) | 10/11/13 | J | | |
| 77. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 78. Wells Fargo Absolute Ret. Fund | B | Dividend | M | T | Buy | 12/04/13 | M | | |
| 79. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 80. AQR FDS Mgd. Futures Strategy | A | Dividend | L | T | Buy | 06/21/13 | L | | |
| 81. Dodge & Cox FDS Int'l Stk Fd DODFX | C | Dividend | N | T | Buy | 12/04/13 | N | | |
| 82. BlackRock Emerging Mkt. L/S BLSIX | A | Dividend | K | T | Buy | 06/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#7. Lam Research, line #10 in 2012, column D1 should have reflected a partial sale.

#23. Name in 2012 was Equities - 10% Total Int'l.

#22. Total rental income $5,757 -- 1/8th = $719.00.

#124. Proper name is Royce Value Fund; RVVHX is Investment Class.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544